IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------ X

ANTHONY CARLESIMO          Civil Action No. 3:23-cv-03294-GC-TJB

         Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

         Defendant.

------------------------------------------------------------ X

## STIPULATION EXTENDING TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Anthony Carlesimo and Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") that the time for Amtrak to file an Answer to Plaintiff's Complaint is extended to September 15, 2023.

Dated: Newark, New Jersey
       August 10, 2023

WILENTZ, GOLDMAN & SPITZER, P.C.

By: _____
Giovanni Anzalone, Esq.
*Attorneys for Plaintiff*
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, New Jersey 07095
(732) 636-8000

LANDMAN CORSI BALLAINE & FORD P.C.

By: /s/ John Bonventre
John Bonventre, Esq.
*Attorneys for Defendants*
One Gateway Center, 22nd Fl.
Newark, New Jersey 07102
(973) 623-2700

So Ordered
[signature]
8/22/23

4863-0109-8869v.1